**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:**-cv-***-***

WHALECO INC.,

               *Plaintiff*,

v.

AARON IZQUIERDO,
ABC CORPORATION,
and JOHN DOE,

               *Defendants*.

---

## VERIFIED COMPLAINT WITH JURY DEMAND

---

Plaintiff Whaleco Inc., by its undersigned attorneys, alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters. Under Fed. R. Civ. P. 65(b), the facts of this Complaint, as they pertain to Whaleco, are verified below.

### NATURE OF THE CASE

1.   This is a civil action against Aaron Izquierdo, ABC Corporation, and John Doe for trademark infringement, trademark dilution, false designation of origin and unfair competition under the Lanham Act, 15 U.S.C. § 1051, *et. seq.*; common-law trademark infringement and unfair competition under Colorado law; and unfair and deceptive trade practices under C.R.S. § 6-1-101.

Colorado                           1

2.      Whaleco brings this action because Defendants are using Whaleco's federally registered TEMU trademark and logo to dupe people into believing that Defendants' mobile application distribution platform—www.heaven32.com, (the "Infringing Platform")—and pirated copies of Whaleco's mobile application software (the "Infringing Apps") are put out or approved by Whaleco or are otherwise associated or affiliated with Whaleco, when that is not the case. Defendants plainly seek to profit by taking a free ride on the goodwill in the famous TEMU marks. Moreover, Whaleco is urgently concerned that the Infringing Apps may be adulterated versions of the TEMU app, modified to include malicious code, which, above and beyond the inherent harm of consumer confusion, may infiltrate consumers' devices with malicious code, steal personal information, and/or otherwise cause significant harm to unsuspecting members of the public.

3.      To protect the public and the goodwill that Whaleco has worked hard to successful build in its mark and its branding, Defendants must immediately be prohibited from further use of the TEMU trademarks in connection with the Infringing Platform and Infringing Apps and prevented from further dissemination of those apps.

## THE PARTIES

4.      Whaleco Inc. d/b/a Temu is a Delaware corporation with its principal place of business at 31 Saint James Ave., Suite 355, Boston, Massachusetts 02116-4101.

5.      Upon information and belief, Defendant Aaron Izquierdo is an individual residing at Pza. Pilar 1a 28901, Madrid, Spain. Upon information and belief, Mr. Izquierdo operates the mobile application distribution platform at www.heaven32.com.

6.      Upon information and belief, ABC Corporation and/or John Doe has uploaded the Infringing Apps to the Infringing Platform for distribution.

7.      Whaleco does not know the identity or location for ABC Corporation and/or John Doe at this time and has been unable to discover them through reasonable due diligence. Whaleco therefore sues John Doe by fictitious names and believes that John Doe is an actual person or entity involved in the unlawful violation of Whaleco's intellectual property rights and is legally responsible for the events and injury to Whaleco alleged here. Whaleco will seek leave to amend this Complaint when the identity of John Doe has been discovered and revealed.

### JURISDICTION AND VENUE

8.      This action arises under the federal Trademark Act, 15 U.S.C. § 1051, *et. seq*. and Colorado common law. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b).

9.      Upon information and belief, Defendants Aaron Izquierdo consented to jurisdiction in this District when he entered the registration agreement with the domain name registrar Name.com. (Exhibit 1.) That agreement provides, in relevant part "for the adjudication of third-party disputes (i.e., disputes between you and another party, not [Name.com]) concerning or arising from use of the domain names registered hereunder, you will submit without objection. . . to the subject matter and personal jurisdiction of the courts. . . where [Name.com is] located, currently in those State or federal courts whose geographic districts include Denver, Colorado." *Id.* Additionally, upon information and belief, all Defendants are subject to jurisdiction in this District because they have caused the Infringing Platform and Infringing Apps to be available to consumers within this state, and upon information and belief, customers within this state have accessed the Infringing Platform and downloaded the Infringing Apps in this state.

10.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Defendants' Infringing Platform is accessible in this District and because Defendants' Infringing

Colorado                                          3

Apps have been downloaded in this District, causing harm to consumers and Whaleco within this District.

<u>**WHALECO'S SERVICES AND INTELLECTUAL PROPERTY**</u>

11.     Whaleco operates a closed-loop e-commerce platform that connects consumers with a vast array of affordable, quality products—including clothing, consumer goods, cosmetics, appliances, electronics, and more—with third-party sellers, manufacturers, and brands around the world (the "TEMU Platform").

12.     The TEMU Platform launched in the United States in September 2022 under the TEMU name, trademark, and logo shown below. Whaleco has used the TEMU name, mark, and logo (collectively the "TEMU Marks") continuously since that time to identify the source and origin of its TEMU Platform and accompanying services.



13.     The TEMU Platform is available online, aptly at www.temu.com and via mobile application ("TEMU App"), available for download from the Apple App Store and the Google Play Store (screenshots below).





14.     Whaleco spends millions of dollars marketing and promoting the TEMU Marks

by working with key influencers and content creators, advertising on social media, and

purchasing commercial ad spots, including its viral 2023 "Shop Like a Billionaire" Super Bowl

Colorado                          5

ad (screenshots below), which to date has been viewed more than 895 million times. (Exhibit 2.) According to one source, the 2023 Super Bowl was watched by over 115 million viewers in the United States, making it not only the most-watched Super Bowl in history, but also the most popular U.S. television program of all time. (Exhibit 3.)







15.     The TEMU Platform has enjoyed tremendous success in the U.S. market. Today, little more than a year after its launch, the TEMU App has surpassed 100 million downloads on the Google Play Store alone and has been one of the most downloaded free apps in both the Google Play Store and the Apple App Store. (*See e.g.*, Exhibit 4.)

16.     In addition to marketing, Whaleco's success is the result of its commitment to offering a quality shopping experience to its consumers on the TEMU Platform. Whaleco has invested, and continues to invest, millions of dollars building an online infrastructure that is convenient and complete for sellers and consumers alike. For example, to ensure a safe and secure shopping environment for consumers, Whaleco and its affiliates curate sellers and also provides data security services to protect consumers' personal and payment information.

17.     Moreover, by limiting distribution of the TEMU App to reputable distributors like Apple and Google, Whaleco ensures its customer receive only the latest version of its app, providing the quality shopping experience its customer have come to expect from the TEMU Platform.

18.     As a result of the extensive public exposure of the TEMU Marks and the enormous success of the TEMU Platform, the TEMU Marks have become well-known and

embody the enormous goodwill that Whaleco has worked hard to build. Whaleco has been granted an exclusive license by Five Bells Limited, giving Whaleco the right and authority to use and enforce the TEMU Marks, including the following valid and subsisting U.S. trademark registrations, which cover a variety of online marketplace and shopping services:

| Mark | Reg. No. Reg. Date | Products/Services |
| --- | --- | --- |
|  | 7145476 08-22-2023 | Provision of an online marketplace for buyers and sellers of goods and services in Class 35. |
| TEMU | 7157165 09-05-2023 | Various downloadable software for online shopping in Class 9. |
|  | 7157220 09-05-2023 | Various downloadable software for online shopping in Class 9. |
| TEMU | 7164306 09-12-2023 | Provision of an online marketplace for buyers and sellers of goods and services in Class 35. |

Printouts of these registrations, taken from the U.S. Patent and Trademark Office's online database, are attached as Exhibit 5.

19.     Whaleco is also the exclusive licensee authorized to use and enforce the following federal trademark applications owned by Five Bells for the TEMU trademark and logo covering a variety of services in Classes 18, 35, 36, 38, 39, 41, 42, and 45:

| Mark | Serial No. App. Date | Products/Services |
|---|---|---|
| TEMU | 97543570 08-10-2022 | Among other things, Software as a service (SAAS) services featuring software for online shopping in Class 42. |
| TEMU | 97543542 08-10-2022 | Among other things, advertising and marketing services in Class 35. |
| TEMU | 97543555 08-10-2022 | Various transmission services in Class 38. |
|  | 97575694 09-01-2022 | Various transmission services in Class 38. |
|  | 97575712 09-01-2022 | Among other things, Software as a service (SAAS) services featuring software for online shopping in Class 42. |
| TEMU | 97736381 12-29-2022 | Various banking and bill payment services in Class 36. |
| TEMU | 97736385 12-29-2022 | Various services for the transportation of goods in Class 39. |
| TEMU | 97736391 12-29-2022 | Various entertainment services in Class 41. |
| TEMU | 97736396 12-29-2022 | Various services, including online social networking services, for the purpose of online shopping in Class 45. |
|  | 97736411 12-29-2022 | Various banking and bill payment services in Class 36. |

| Mark | Serial No. App. Date | Products/Services |
|---|---|---|
| | | |
|  | 97736419 12-29-2022 | Various services for the transportation of goods in Class 39. |
|  | 97736428 12-29-2022 | Various entertainment services in Class 41. |
|  | 97736435 12-29-2022 | Various services, including online social networking services, for the purpose of online shopping in Class 45. |
| TEMU | 97889848 04-14-2023 | Online retail store services and provision of an online marketplace for buyers and sellers of goods and services in Class 35. |

Printouts of these applications, taken from the U.S. Patent and Trademark Office's online database, are attached as Exhibit 6.

**DEFENDANTS' UNAUTHORIZED USE OF THE TEMU MARKS**

20.     As detailed below, Defendants are, without authorization, using the TEMU Marks to market and promote pirated Infringing Apps for download from the Infringing Platform.

21.     Upon information and belief, Defendant Aaron Izquierdo makes multiple versions of the Infringing Apps available for download at (1)

https://www.heaven32.com/download/downloads/download-temu-shop-like-a-billionaire-1-45-2-apk-download-by-temu-mod/, (2) https://www.heaven32.com/download/downloads/download-temu-shop-like-a-billionaire-1-51-1-apk-download-by-temu-mod/, and (3) https://www.heaven32.com/download/downloads/download-temu-1-42-0-apk-download-by-temu-mod/. (Exhibits 7-9.) Those apps appear to be out-of-date versions of the genuine TEMU App and, as shown below, are branded and promoted with the TEMU Marks:



# Download Free Temu 1.42.0 APK Download by Temu – MOD Android APK APP

Shop on the Temu app for special Valentine's Day offers and enjoy up to 90% off!

From fashion to home decor, crafts, beauty and makeup, clothing, shoes, and more, products you'll love are just a tap away. You can always count on the Temu app to have good things for you to live the life you want.

Download the Temu app today and enjoy the best deals every day.

Related Downloads:

  

# Download Free Temu: Shop Like a Billionaire 1.51.1 APK Download by Temu – MOD Android APK APP

Shop on the Temu app for exclusive spring sales and enjoy up to 90% off!

From fashion to home decor, crafts, beauty and makeup, clothing, shoes, and more, products you'll love are just a tap away. You can always count on the Temu app to have good things for you to live the life you want.

Download the Temu app today and enjoy the best deals every day.

Related Downloads:



SPRING SALE
Buy gifts for yourself and your loved ones. Enjoy up to 90% off!

22. Upon information and belief, ABC Corporation and/or John Doe, possibly acting in consort with Defendant Aaron Izquierdo uploaded the Infringing Apps to the Infringing Platform for distribution.

23. On information and belief, some of the above Infringing Apps are adulterated versions of the TEMU App and contain malware or other harmful content that may cause injury to Whaleco's consumers who use the Infringing Apps.

24. Because the Infringing Platform and the Infringing Apps prominently feature the TEMU Marks, they are likely to cause consumers to believe they are put out or approved by Whaleco or otherwise associated with Whaleco.

25. Consumers who access the Infringing Platform and/or download the Infringing Apps believing they are downloading the TEMU App only to find outdated and/or otherwise compromised versions of the app are likely to blame Whaleco for the Infringing Platform's and Infringing App's poor quality, harming Whaleco's reputation and goodwill. Such harm is immediate, ongoing, and irreparable.

26. Moreover, consumers duped into downloading the Infringing Apps believing they are the TEMU App are at risk of significant harm should the Infringing App contain malicious code. Such harm would further damage Whaleco's reputation and goodwill. Upon information and belief, such harm is immediate, ongoing, and irreparable.

## INJURY TO WHALECO

27. Defendants' unauthorized uses of the TEMU Marks on the Infringing Platform and in connection with the Infringing Apps are likely to cause confusion, mistake, and deception as to the source or origin of Defendants, their apps, and/or their activities with Whaleco.

28.     Whaleco does not want to be associated with Defendants, the Infringing Platform, or the Infringing Apps as it has no control over any of them, including their security.

29.     Defendants' unauthorized use of the TEMU Marks in connection with the Infringing Platform and Infringing Apps is likely to dilute the distinctiveness and value of Whaleco's famous TEMU Marks and to tarnish them.

30.     Defendant have acted willfully, in reckless disregard of Whaleco's rights, and in bad faith, as evidenced in part by their obvious copying of Whaleco's popular TEMU App and famous TEMU Marks. As a direct and proximate result of Defendants' willful actions, Whaleco and its reputation and goodwill have been, and will continue to be, irreparably harmed unless Defendants' unlawful conduct is enjoined.

31.     Moreover, because Whaleco has no quality control over the Infringing Apps, it has no way to keep consumers from harm. Indeed, upon information and belief, the Infringing Apps contains malware that, once installed, may steal the personal information of Whaleco's customers, install viruses, and otherwise cause harm to consumers' devices.

32.     Defendants' unauthorized use of the TEMU Marks has damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure Whaleco, the TEMU Marks, and the TEMU Platform's reputation and goodwill, and harm the public's interest in being free from confusion, mistake, and deception, *especially* when such confusion, mistake and deception has the potential to cause significant financial harm to consumers.

33.     By infringing the TEMU Marks and thus usurping Whaleco's significant goodwill, Defendants have unlawfully profited from Whaleco's extensive marketing and distribution efforts in the United States. Defendants have thus reaped ill-begotten profits and unjustly retained a financial benefit that belongs to Whaleco.

Colorado                                          14

**FIRST CLAIM FOR RELIEF**
**Federal Trademark Counterfeiting Under**
**Sections 32(1)(b), 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d)**

34.     Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

35.     Defendants have used and continues to use a counterfeit of the federally registered TEMU Marks in connection with the advertising of goods or services, which is likely to cause consumer confusion or mistake, or to deceive in violation of Sections 32(1)(b) and 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d).

**SECOND CLAIM FOR RELIEF**
**Federal Trademark Infringement Under**
**Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)**

36.     Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

37.     Without Whaleco's consent, Defendants have used and continue to use in commerce colorable imitations of the registered TEMU Marks in connection with the Infringing Platform and Infringing Apps.

38.     Defendants' infringing uses of the registered TEMU Marks are likely to cause consumer confusion, mistake, or to deceive, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

**THIRD CLAIM FOR RELIEF**
**Trademark Infringement, False Designation of Origin and Unfair Competition**
**Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 11125(a)(1)(A)**

39.     Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

Colorado                                    15

40.     Defendants' actions described above are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendants, Defendants' services, and/or Defendants' commercial activities by or with Whaleco, and thus constitute trademark infringement, false designation of origin, and unfair competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A).

**FOURTH CLAIM FOR RELIEF**
**Trademark Dilution Under**
**Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)**

41.     Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

42.     The TEMU Marks are famous, as defined in 15 U.S.C. §1125(c), based on among other things, the inherent distinctiveness and federal registration of the marks and the extensive nationwide use, advertising, promotion, and recognition of the marks.

43.     The TEMU Marks were famous before Defendants' first infringing uses of them.

44.     Defendants' actions, as described above, are likely to dilute the distinctive quality of the famous TEMU Marks by blurring and tarnishment in violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

**FIFTH CLAIM FOR RELIEF**
**Trademark Infringement and Unfair Competition Under Colorado Common Law**

45.     Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

46.     Whaleco uses the TEMU Marks to identify its goods and services under exclusive license from Five Bells, which has common law rights to the TEMU Marks.

47.     Defendants' infringing uses of the registered TEMU Marks are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendants, Defendants' services, and/or Defendants' commercial activities by or with Whaleco.

48.     Defendants' actions thus constitute trademark infringement and unfair competition under Colorado common law.

**SIXTH CLAIM FOR RELIEF**
**Unfair and Deceptive Trade Practices Under C.R.S. § 6-1-101**

49.     Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

50.     Defendants' infringing uses of the registered TEMU Marks are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendants, Defendants' services, and/or Defendants' commercial activities by or with Whaleco and constitute a deceptive trade practice.

51.     Defendants have engaged and continue to engage in these activities knowingly, willfully, and in bad faith, and their engagement in deceptive trade practices evidences intent to injure competitors, consumers, and Whaleco.

52.     Defendants' deceptive trade practices have caused Whaleco to incur damages in an amount to be proven at trial.

53.     Defendants' actions thus constitute unfair and deceptive trade practices in violation of Colorado Consumer Protection Act, C.R.S. § 6-1-101, *et. seq*.

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38, Whaleco respectfully demands a trial by jury on all issues properly triable by a jury in this action.

Colorado                                    17

## **PRAYER FOR RELIEF**

WHEREFORE, Whaleco respectfully requests that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief, including the following:

A.      An Order that Defendants' uses of the TEMU Marks (and variations) knowingly and willfully infringe the TEMU Marks, dilute the TEMU Marks, and constitute unfair competition, as detailed above.

B.      An Order requiring Defendants to disable access to the listings below as well as any other listing on any distribution platform that Defendants operate or control where a download purported to be the TEMU App is available, so they are no longer accessible to Internet users for the pendency of this litigation:

- https://www.heaven32.com/download/downloads/download-temu-shop-like-a-billionaire-1-45-2-apk-download-by-temu-mod/

- https://www.heaven32.com/download/downloads/download-temu-shop-like-a-billionaire-1-51-1-apk-download-by-temu-mod

- https://www.heaven32.com/download/downloads/download-temu-1-42-0-apk-download-by-temu-mod/

C.      An Order requiring Defendants and any Internet Service Providers or hosts for the Infringing Platform to disclose all identifying information regarding the persons uploading the Infringing Apps and TEMU Marks, including name(s), physical and email address(es), and phone number(s), to Whaleco within five (5) business days from the entry of the Order.

D.      An Order enjoining Defendants, and their officers, employees, agents, servants, attorneys, and representatives, and all persons in active concert or participation with any of them:

1.    From using, registering, or seeking to use or register any name, mark, trade name, company name, domain name, source identifier, or designation comprised of or containing the TEMU Marks or any similar term(s) or design in any manner likely to cause confusion with Whaleco and/or the TEMU Marks or to otherwise injure Whaleco and/or its goodwill and reputation;

2.    From representing, by any means whatsoever, directly or indirectly, that Defendants, their services/goods, and/or their activities originate from, are sponsored by, or are associated, affiliated, or connected with Whaleco in any way;

3.    From engaging in acts that constitute trademark infringement, counterfeiting, dilution, false designation of origin, or unfair competition that would damage or injure Whaleco's business reputation or damage or dilute the value of the TEMU Marks; and

4.    From assisting, aiding, and/or abetting any other person or business entity in engaging in or performing any of the above activities.

E.    An Order requiring that Defendants immediately retract and destroy all products, packaging, signage, advertisements, promotional materials, stationary, forms, and/or materials and things that contain or bear the TEMU Marks or any other name, mark, trade name, company name, source identifier, or designation that contains or is confusingly similar to or dilutive of the TEMU Marks.

F.    An Order directing that, within thirty (30) days after the entry of the injunction, Defendants file with this Court and serve on Whaleco's attorneys a report in writing and under

oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

G.     An Order requiring that Defendant account for and pay to Whaleco all profits arising from Defendant's unlawful acts, and increasing such profits, for payment to Whaleco in accordance with 15 U.S.C. § 1117 and other applicable laws.

H.     An Order requiring that Defendant pay statutory damages in accordance with 15 U.S.C. § 1117(c) of up to $2,000,000 for each type of service sold, offered for sale, or distributed by Defendant under the registered TEMU Marks.

I.     An Order requiring that Defendant pay Whaleco actual damages, in an amount to be determined, caused by the foregoing acts, and trebling such damages in accordance with 15 U.S.C. § 1117 and other applicable laws.

J.     An Order requiring that Defendant pay Whaleco all of Whaleco's litigation expenses, including reasonable attorneys' fees and costs under 15 U.S.C. § 1117 and other applicable laws.

K.     An Order requiring that Defendant pay Whaleco punitive damages in an amount to be determined due to the foregoing willful acts.

L.     Other relief as the Court may deem appropriate.

Whaleco's *Ex Parte* Emergency Motion for Temporary Restraining Order and, Upon Notice and Hearing, Motion for Preliminary Injunction are forthcoming.

Dated: December 11, 2023

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

By: *s/Vandana Koelsch*
    Vandana Koelsch
    Michael G. Martin
    1600 Stout Street, Suite 1900
    Denver, CO 80202
    Telephone: (303) 534-4499
    vkoelsch@allen-vellone.com
    mmartin@allen-vellone.com

    *Attorneys for Plaintiff*

**<u>VERIFICATION</u>**

I, the undersigned, certify and declare that I have read the foregoing Verified Complaint and know its contents.

I am Corporate Counsel of Whaleco Inc., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and, on that ground, allege, that the matters stated in the document described above are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2023.

By: _Kathleen Zhang_

22